

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

**MEMORANDUM OPINION**

No. 04-08-00470-CV

**IN RE** Albert **RODRIGUEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Justice
                Karen Angelini, Justice
                Rebecca Simmons, Justice

Delivered and Filed:   July 23, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

On July 3, 2008, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 07-2171-CV, styled *In the Interest of O.A.R.*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Dwight Peschel presiding.